ORDERED.

Dated:  March 25, 2019

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

MICHAEL J. YADRON,                              Case No. 19-00252-MGW

    Debtor.

                                                Chapter 7

_____/

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

    THIS CAUSE came on for consideration upon the Motion to Lift Automatic Stay filed by THE CREDIT UNION LOAN SOURCE, LLC. (Court Docket No. 7), secured creditor herein. Neither the Debtor nor the Trustee have filed a Response to the Motion, in accordance with Local Rule 2002-4.  Therefore, the Court finds that cause exists for the relief sought, and the Motion should be granted.  It is therefore

    ORDERED, ADJUDGED and DECREED that:

    1. The Motion of the creditor is GRANTED and a Final Order lifting the automatic stay be, and the same hereby is, entered in favor of THE CREDIT UNION LOAN SOURCE, LLC. and against the Debtor and the estate.

2.  The automatic stay imposed by Section 362(a) of the Bankruptcy Code be and the same hereby is lifted with respect to the collateral, more specifically described as 2015 Honda Accord VIN 1HGCT1B73FA000776**.**

3.  The Order lifting the automatic stay is entered for the sole purpose of allowing THE CREDIT UNION LOAN SOURCE, LLC. to obtain property or an in rem judgment against the property, and that movant shall not seek or obtain an in personam judgment against the Debtor.

Attorney Adam S. Russo is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Copies furnished to:

Adam S. Russo, Esq.
Lefkoff, Rubin, Gleason & Russo, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Michael J. Yadron
1709 East Centeron Boulevard, #311
Centerton, AR 72719

Jay M. Weller
25400 US Highway 19 North
Suite 215
Clearwater, FL 33763

Stephen L. Meininger
Chapter 7 Trustee
707 North Franklin Street
Suite 850
Tampa, FL 33602